NIALL E. LYNCH (State Bar No. 157959)
PETER K. HUSTON (State Bar No. 150058)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | [PROPOSED] ORDER GRANTING STIPULATION OF RELATED CASE IN A CRIMINAL ACTION<br><br>Case No. 3:07-md-1827 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>Defendant. | Case No. CR-08-0804 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LG DISPLAY CO. LTD. and<br>LG DISPLAY AMERICA, INC.,<br><br>Defendants. | Case No. CR-08-0803 SI |

[CAPTION CONTINUED ON NEXT PAGE]

///

///

PROPOSED ORDER ON RELATED CASE - PAGE 1
Case No. CR-10-0591

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHARP CORP.,<br><br>            Defendant. | Case No. CR-08-0802 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HITACHI DISPLAYS LTD.,<br><br>            Defendant. | Case No. CR-09-0247 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EPSON IMAGING DEVICES CORPORATION,<br><br>            Defendant. | Case No. CR-09-0854 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHI MEI OPTOELECTRONICS CORPORATION,<br><br>            Defendant. | Case No. CR-09-1166 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHEN-LUNG KUO,<br><br>            Defendant. | Case No. CR-10-0591 WHA |

### [PROPOSED] ORDER

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Defendant Chen-Lung Kuo. Because the assignment of <u>United States v. Chen-Lung Kuo</u>, CR-10-0591 WHA, to Judge

PROPOSED ORDER ON RELATED CASE - PAGE 2
Case No. CR-10-0591

1  Susan Illston is likely to conserve judicial resources and promote an efficient determination
2  of the action, it is ordered that this case is transferred to Judge Illston.
3
4  Date: August __, 2010
5                                                     _____
                                                      U.S. District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER ON RELATED CASE - PAGE 3
Case No. CR-10-0591