27 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 9/3/10

Case No.  CR-10-0591 SI           Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- CHEN-LUNG KUO(NC)(P)(MAND. INT: A. Lo)

Attorneys:  P. Houston         M. Erlich, K. Kates

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

## PROCEEDINGS

1) Plea & Sentence - HELD

2) _____

3) _____

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED

ORDERED AFTER HEARING:

The Deft. Plead guilty to a single count info. The parties filed a written plea agreement in open court

Sentence:

Cust: 270 days Sp. Ass: $100
Fine: $35,000.00 (by 10/1/10)
No Supervision.